UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Leovardo Perez, et al.

Plaintiff,

v.

Case No.: 1:17−cv−02225
Honorable Gary Feinerman

Moishe's Mini Storage of Chicago, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 15, 2017:

MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Motion hearing held. For the reasons stated on the record, Joint motion to approve settlement and to dismiss case without prejudice [16] is granted. The settlement is approved. This case is dismissed without prejudice, with leave to reinstate on or before 9/29/2017. If no reinstatement motion is filed by that date, the dismissal with convert automatically to a dismissal with prejudice. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.